**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10124
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CHRISTOPHER THOMPSON,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CR-382
---------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Christopher Thompson appeals from his jury-verdict conviction for being a felon in possession of a firearm, possession of a firearm in a school zone, possession with intent to distribute a controlled substance, and possession with intent to distribute a controlled substance near a school.  He argues on appeal that the evidence produced at trial was insufficient to support the jury's verdict on all four counts because it did not establish that he knowingly possessed the firearm or the crack

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cocaine. As Thompson concedes, he did not move for a judgment of acquittal at the end of the Government's case or at the close of all evidence.

When viewed in the light most favorable to the jury's verdict, the evidence shows that Thompson knowingly possessed the firearm and the crack cocaine found in the vehicle he was driving shortly before his arrest. Accordingly, Thompson's conviction on all four counts does not constitute a manifest miscarriage of justice. See United States v. Griffin, 324 F.3d 330, 356 (5th Cir. 2003).

The district court's judgment is AFFIRMED.